# United States District Court

## District of Maryland

06 - 5 1 2 - M - 0 1

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

STEPHANY WILLIAMS

Case No. 03-4176M

**FILED**

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____STEPHANY WILLIAMS_____

*Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with *(brief description of offense)*:

Failure to appear for bail review hearing on June 23, 2005

| | |
|---|---|
| __Felicia C. Cannon__ | _____Clerk, U.S. District Court_____ |
| Name of Issuing Officer | Title of Issuing Officer |
| Michele Sierra-Davis | _____June 23, 2005    Greenbelt, MD_____ |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at $ No recommendation | by _____ |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |

| Date Received 12/18/06 | Name and Title of Arresting Officer O.L. BALDWIN 800SM | Signature of Arresting Officer [signature] 12/18/06 |
|---|---|---|
| Date of Arrest 12/18/06 | | |

# United States District Court
## Violation Notice

**06 - 5 1 2 - M - 01**  **FILED**

DEC 1 8 2006

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

Violation Number: **M 1333951**

Printed Officer Name: **J. BELLINO**    Officer No: **316**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 9/30/03 0257    Offense Charged: 21 USC 844    CFR USC State code
Place of Offense: w/o Suitland Parkway
Offense Description: POSSESSION OF Drugs/65 PCP

P1333951

Defendant Last Name: **Williams**    First Name: **Stephany**    M.I: **Marie**
Driver's License No: **WA Shington NP**    State: DC    D.O.B:    Sex:

### VEHICLE DESCRIPTION
Vehicle Tag No: DC    State: DC 2020    Year    Make    Model    Color

A ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below.
☐ I plead not guilty and promise to appear as required.

YOUR COURT DATE

Court Address (mark one)

STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____, 19___, while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
Date    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date    U.S. Magistrate Judge

CVB Scan 10/27/2003 13:02:41

# United States District Court
## Violation Notice

Location Code: MY 93

Violation No: **P 133952**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Officer Name: J. BELLIDO
Officer No.: 36

Date and Time of Offense: 9/30/02 0257
Place of Offense: FD N/O Satterlee Parkway
Offense Description: ROSS ESSON of Mosinmm

Offense Charged: 26 CFR 235 C(1)(2)

Defendant Last Name: Williams
First Name: Stephony
M.I.: Marie

### VEHICLE DESCRIPTION

Driver's License No: Washington
DL State: DC

Vehicle Tag No: DC

Vehicle Make/State: DC FORD
Vehicle Model: Van 4 Door
Vehicle Color: Dark Green

### YOUR COURT DATE

Date: TBA
Time: 0900

YOU MUST APPEAR IN COURT. See Instructions.

☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

☐ I wish to contest the matter by paying the collateral shown below.

☐ I plead not guilty and promise to appear as required.

Disposition / Last Name: Williams

Court Address (circle one):

US District Court
3rd & Constitution Ave NW
Washington DC 20001
(202) 354-3110

US District Court
401 Courthouse Sq
Alexandria VA 22314
(703) 299-2100

US District Court
6500 Cherrywood Ln
Greenbelt MD 20770
(301) 344-0660

For payments by credit card SEE INSTRUCTIONS.

Original CVB Copy

## STATEMENT OF PROBABLE CAUSE
### (for issuance of an arrest warrant or summons)

I state that on _____, 19____, while exercising my duties as a law enforcement officer in the

During of _____

_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date: _____   Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date: _____   US Magistrate Judge: _____

### Physical Description

Cultural group: M/A

| Race | Height | Weight | Hair | Eyes |
|------|--------|--------|------|------|
| Sex F | 5ft 4 | Air | Blk | Brn |

| Build | Complexion | | |
|-------|------------|---|---|
| Front | | | |

Traffic Conditions: (circled)

Weather Conditions: (circled)

P133952

# United States District Court
## Violation Notice

| Loc Code | | | |
|---|---|---|---|
| M-07 | | | |

Violation No.

**P 133953**

Post Office Name | Officer No.
J. Bullock | 316

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION:

Date and Time of Offense | Offense Charged
9/30/03  0857 | 8k CFR 4.14(b)

Place of Offense
NY/No National Parkway

Offense Description
Open container in motor vehicle

Defendant's Last Name
Williams

First Name
Stephany

M.I.

Driver's License No.
WASH

State
DC

DL 3899

Zip Code

Social Security

### VEHICLE DESCRIPTION

State | Vehicle | Make | Model
DC | | | 

### YOUR COURT DATE

Court Address (circle one)

US District Court
333 Constitution Ave NW
Washington DC 20001
(202) 273-0001

US District Court
401 Courthouse Sq
Alexandria Va 22314
(703) 299-2100

US District Court
6500 Cherrywood Ln etc
Greenbelt MD 20770
(301) 344-0101

Date | Time
TBA | D980

**A** ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS.

**B** ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

☐ I wish to contest this matter & penalty by paying the collateral shown below.
enclosed
☐ I plead not guilty and promise to appear as required.

Collateral (line)
N/A

For payment by credit card SEE INSTRUCTIONS

Defendant Signature
M/A

### Physical Description

| Sex | Age | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| F | 31 | 5'6 | 160 | Blk | Brn |

Build: Slim  Medium  Heavy
Complexion: Light (Medium)  Ruddy  Sallow  Fair  (Dark Olive)  Juvenile
Hair: (Black)  Brown  Blond  Sandy  Red  Gray  Other  Bald

MVS Form 10-50a Rev. 5/91

Original CVB Copy

---

P133953

---

## STATEMENT OF PROBABLE CAUSE
### (for issuance of an arrest warrant or summons)

I state that on _____ 19____ while exercising my duties as a law enforcement officer in the

District of _____

_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation      ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
                        Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
                  Date        US Magistrate Judge

# United States District Court
## Violation Notice

Loc. Code ___ Mo 03

Violation No. P 133954

dos- 20661

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Print Officer's Name: J. Bellas

Officer No. 310

Date and Time of Offense: 9/30/07 0257

Place of Offense: Nebr Rd w/o Suitland Parkway

Offense Charged: 36 CFR 2.35 (a)(3)(i)

Under Age of Possession of Alcohol

Defendant's Last Name: Williams

Street Address: ___

City: Washington   State: DC   Zip Code: ___

First Name: Stephanie

Social Security: ___

Defendant's M.I.: S

D.L. State: DC

D.L. No.: 0400

B/I: Medium

**VEHICLE DESCRIPTION**

VIN: ___

Tag No.: ___   State: ___

Make: ___   Model: ___   Color: ___

___

☑ A  **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS**

☐ B  **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS**

$ ___ Forfeiture Amount

$ ___ + $25 Processing Fee

$ ___ PAY THIS AMOUNT

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___   Date: ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: ___

NPS Form 10-328 (Rev. 5/97)

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on ____, 19__, while exercising my duties as a law enforcement officer in the ____ District of ____.

___

___

___

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me by my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___
　　　　　　　Date　　　Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
　　　　　　　Date　　　U.S. Magistrate Judge